UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK DUANE MEADE, | No. C 10-1584 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Correctional Officer CELLI; et al., | |
| Defendants. | |

This action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 24, 2010

_____
Marilyn Hall Patel
United States District Judge